JOHN W. HARGRAVE (JH 9935)
John W. Hargrave & Associates
117 Clements Bridge Road
Barrington, New Jersey 08007
(856) 547-6500
*Attorneys for Jon Landi, d/b/a Digital Prepress Specialists, Defendant*

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case No. 06-21886/MS |
| MARCAL PAPER MILLS, INC. | : | Adv. No. 08-2676 |
| Debtor. | : | |
| EDWARD P. BOND AS LIQUIDATING TRUSTEE OF THE MARCAL PAPER MILLS CLAIMS TRUST | : | |
| Plaintiff | : | |
| vs. | : | **OPPOSITION TO ENTRY OF FINAL JUDGMENT OF DEFAULT** |
| DIGITAL PREPRESS SPECIALISTS | : | |
| Defendant | : | |

---

DIGITAL PREPRESS SPECIALISTS, by way of opposition to request for entry of default asserts as follows:

1. Digital Prepress Specialists is a sole proprietorship owned and operated by Jon Landi.

2. Jon Landi filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on April 21, 2009, bearing case number 09-36683/JHW.

3. Listed on Schedule F of the bankruptcy petition in the proceeding is Marcal Paper Mills Inc., the Debtor in the above-referenced action. See Schedule F attached hereto as Exhibit "A".

4. Notice of the bankruptcy filing by Jon Landi was served upon Lowenstein Sandler, counsel for Marcal Paper Mills, Inc.

5. Digital Prepress Specialists is listed on Schedule B of the bankruptcy petition of Jon Landi, disclosing that it was in fact a sole proprietorship with no value absent the Debtor's personal services.

6. For the foregoing reasons, Jon Landi asserts that the entry of judgment against Digital Prepress Specialists constitutes a violation of his discharge and therefore requests the Court deny the entry of judgment.

JOHN W. HARGRAVE & ASSOCIATES
*Attorneys for Jon Landi, d/b/a Digital Prepress Specialists, Defendant*

Dated: June 9, 2010        /s/ John W. Hargrave
                           JOHN W. HARGRAVE, ESQUIRE