In re **Jon R Landi**, Case No. **09-36683/JHW**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 10**<br>**Roger Main, Esquire**<br>**9 Bank Street**<br>**Medford, NJ 08055** | | - | **Legal fees for divorce** | | | | **36,000.00** |
| Account No. **Adv. No. 08-2676**<br>**Creditor #: 11**<br>**Marcal Paper Mills, Inc.**<br>**c/o Lowenstein Sandler**<br>**65 Livingston Avenue**<br>**Roseland, NJ 07068** | | - | **2008**<br>**Preference claim** | | | X | **48,133.00** |
| Account No. **5218-5310-0656-7631**<br>**Creditor #: 12**<br>**PayPal Dual Card**<br>**GE Money Bank**<br>**PO Box 981127**<br>**El Paso, TX 79998-1127** | | - | **> 90 days**<br>**Credit card purchases**<br>**GE Money Bank** | | | | **4,409.14** |
| Account No. **48111341284**<br>**Creditor #: 13**<br>**PNC**<br>**PO Box 747066**<br>**Pittsburgh, PA 15274-7066** | | - | **Trade debt** | | | | **76,493.91** |
| Account No. **8110337725**<br>**Creditor #: 14**<br>**PNC Bank, N.A.**<br>**P.O. Box 747066**<br>**Pittsburgh, PA 15274-7066** | | - | **> 90 days**<br>**Credit card purchases** | | | | **1,824.59** |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **166,860.64**

EXHIBIT "A"